# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| THE HULLVERSON LAW FIRM, P.C., JOHN E. HULLVERSON, THOMAS C. HULLVERSON, THOMAS M. BURKE, MARK J. BECKER and STEPHEN H. RINGKAMP,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE UNDERWRITERS, INC.,<br><br>　　　　Defendant. | Case No. 4:12-cv-01994-CAS |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

　　　　Plaintiffs The Hullverson Law Firm, P.C., John E. Hullverson, Thomas C. Hullverson, Thomas M. Burke, Mark J. Becker and Stephen H. Ringkamp and Defendant Liberty Insurance Underwriters, Inc., hereby stipulate pursuant to Federal Rule of Civil Procedure 41 that this action be dismissed with prejudice as to all claims, counterclaims, causes of action, and parties in the above entitled cause with each party to bear its own attorneys' fees and costs.

　　　　Respectfully submitted,

| GRAY, RITTER & GRAHAM, P.C | BROWN & JAMES, P.C. |
|---|---|
|　/s/Joan M. Lockwood　　　　　<br>Joan M. Lockwood, #42883MO<br>701 Market Street, Suite 800<br>St. Louis, Missouri 63101-1826<br>(314) 241-5620<br>(314) 241-4140 (fax)<br>jlockwood@grgpc.com<br>*Attorneys for Plaintiffs* | 　/s/Russell F. Watters　　　　　<br>Russell F. Watters, #25758MO<br>800 Market Street, Suite 1100<br>St. Louis, Missouri 63101-2501<br>(314) 421-3400<br>(314) 421-3128 (fax)<br>rwatters@bjpc.com<br>*Attorneys for Defendant* |